**Order filed January 24, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00362-CR
_____

## EX PARTE JORGE TORRES-MARTINEZ, Appellant

**On Appeal from the County Court at Law
Washington County, Texas
Trial Court Cause No. 2011-204**

## ORDER

The clerk's record in this appeal was filed May 7, 2012. The record does not contain a certification of appellant's right to appeal. The trial court is directed to prepare a proper certification and file it with this court in the form of a supplemental clerk's record. The supplemental clerk's record is due **15 days** from the date of this order.

PER CURIAM